UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Criminal Case No. 03-CR-00275-WYD-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. WELTON HARRIS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A violation of supervised release hearing is set in this matter for **Friday, December 11, 2009 at 3:00pm in Court Room A-1002**

Dated:  October 26, 2009